IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

      Plaintiff,                    No. 2:12-cv-2968 GEB EFB P

     vs.

RON LLOYD CONNELLY,

      Defendant.               FINDINGS AND RECOMMENDATIONS

                             /

       Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983. On December 12, 2012, the court found that plaintiff had failed to pay the filing fee required by 28 U.S.C. § 1914(a) or a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). Plaintiff was granted 21 days in which to pay the filing fee or file an application to proceed *in forma pauperis* and was warned that failure to comply would result in this action being dismissed. The 21-day period has expired and plaintiff has not paid the filing fee, filed a completed *in forma pauperis* application, or otherwise responded to the court's order.

       Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with

1 the court and serve a copy on all parties. Such a document should be captioned "Objections to
2 Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified
3 time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455
4 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

5 Dated: January 4, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE